**district court of the United States**
for the Middle district of Pennsylvania

**1: CV01- 194**

Corey Lorenzo Woodfolk,

natural person  third party

Petitioner,

'versus'

UNITED STATES OF AMERICA,

Respondent,

Case No.

FILED
SCRANTON

JAN 3 0 2001

PER _____
DEPUTY CLERK

/

### Motion For The Court To Take Judicial Notice
### Of All Adjudicative Facts Therein Petitioner's
### Writ Of Habeas Corpus And All Accompanying Motions

Petitioner, Corey Lorenzo Woodfolk, by Special Visitation, moves this Honorable district court of the United States for Pennsylvania, to take "Judicial Notice" of all adjudicative facts therein Petitioner's Writ of Habeas Corpus, and all accompanying motions. This requested judicial notice seeks to preserve the integrity of the judicial and adversarial systems of law;  that the Court will with due diligence take **notice** of all adjudicative facts, necessary and proper.

All Statute Law of the United States, cites, Executive Orders, and conclusive facts claimed and asserted by Petitioner, with verfied Oath of Affirmation, shall be judicially noticed.

I have the honor to remain,

Sincere,

Corey Lorenzo Woodfolk

Corey Lorenzo Woodfolk,
c/o Post Office Box [1000],
Lewisburg; near [17837], Pennsylvania

Dated this 22 day of January _____, Anno domini 2001.