## district court of the United States
### for the Middle district of Pennsylvania

Corey Lorenzo Woodfolk,
natural person  third party
        Petitioner,

'versus'

UNITED STATES OF AMERICA,
        Respondent,
_____/

Case No. 1:CV-01-194

The Court is requested to take judicial notice of this motion.

FILED
HARRISBURG Scran
JAN 30
FEB 5 2001

MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK

### Motion To Convene an Article III District Court

    Petitioner, Corey Lorenzo Woodfolk, by Special Visitation, moves this Honorable district court of the United States for Pennsylvania, to convene an Article III, district court pursuant to: §11, 1 Stat. 78; §1, 18 Stat. 470; §9, 1 Stat. 76, and Article III, §1, of the Constitution of the United States (c. March 4, Anno domini 1789).

    This motion serves the ends of justice, whereas, an Article III, Constitutional Court has sole/exclusive judicial authority to exercise Art III, power. <u>American Insurance Co. v. Canter</u>, 1 Pet. 511, 7 L.Ed 242, (c. 1828).

    Therefore, the United States District Court, created by virtue of Congress' pleanary power, Art. IV, §3, cl. 2, is a territorial court, and as much, is incapable of exercising Art. III, judicial power. I have the honor to remain,

                  Sincere,
                  *Corey Lorenzo Woodfolk*
                  Corey Lorenzo Woodfolk
                  c/o Post Office Box [1000],
                  Lewsiburg; near [17837], Pennsylvania

Dated this 2nd day of February, Anno domini 2001.

## Certificate of Service

I, Corey Lorenzo Woodfolk, hereby affirm and attest, that the foregoing, i.e., Motion to Compel Respondent to produce promulgation for 84 Stat. 1260 and 84 Stat. 1265, codified at 21 U.S.C. §§ 841(a), 846, in relation to Petitioner's [above], verified Writ of Habeas Corpus [101-CV-194], and Motion to Convene an Article III, Court, was served upon the below named; with pen in hand Signature:

    c/o District Court of the United States for
        the Middle district of Pennsylvania
        United States Courthouse
        228 Walnut Street
        Post Office Box [983],
        Harrisburg; near [17108], Pennsylvania

by placing same into the mail receptacle at [USP] Lewisburg, Pennsylvania, via (Certified Return Receipt for Merchandise), article number: 7099 3220 0007 0779 7056, on this 2nd day of February, Anno domini 2001.

I have the honor to remain,
    Sincere,

    *Corey Lorenzo Woodfolk* (signature)
    Corey Lorenzo Woodfolk
    c/o Post Office Box [1000],
    Lewisburg; near [17837],
    Pennsylvania