# district court of the United States
## for the Middle district of Pennsylvania

Corey Lorenzo Woodfolk,
natural person third party
        Petitioner,

'versus'

UNITED STATES OF AMERICA,
        Respondent,

Case No.

1-01-cv-194

FILED
HARRISBURG HBG
JAN 30 2001
FEB 5 2001

MARY E. D'ANDREA, CLERK
Per_____ KC
DEPUTY CLERK

### Motion To Compel Respondent To Produce Promulgation For 21 U.S.C. §§ 841(a), 846

    Petitioner, Corey Lorenzo Woodfolk, by Special Visitation, moves this Honorable district court of the United States for Pennsylvania, to compel, UNITED STATES OF AMERICA (Respondent), to forthwith produce promulgation for § 401, 84 Stat. 1260 and § 406, 84 Stat. 1265, codified at 21 U.S.C. §§ 841(a), 846. This demanded proof of promulgation is critical and necessary to unequivocally prove, that <u>no</u> such promulgation exist, as Respondent has dutifully failed to comply with the mandates at 49 Stat. 500, codified at 44 U.S.C. § 1505(a); 80 Stat. 379, codified at 5 U.S.C. § 552; Executive Order 11030, and 84 Stat. 1245, codified at 21 U.S.C. § 811. The contents of the Federal Register <u>shall</u> be judicially noticed; authority at 44 U.S. Code, 1964 ed., § 307 (July 26, Anno domini 1935, c. 417, § 7, 49 Stat. 502; Pub.L. 90-620, 82 Stat. 1276, codified at 44 U.S.C. § 1507. Also See, <u>United States v. Floyd</u>, C.A.Okl. 1973, 477 F.2d 217, cert. denied 94 S. Ct. 550. <u>Hotch v. United States</u>, 212 F.2d 280, 14 Alaska 594, (c. 1954). <u>Graham v. Lawrimore</u>, D.C.S.C., 185 F.Supp. 761, (c. 1960).

This proof of promulgation will further support the Relief Requested therein Petitioner's Writ of Habeas Corpus, and demand that the United States District Court for Maryland, lacked subject matter jurisdiction to convict and/or render judgement against petitioner [inter alia]. The ends of justice will be met by the granting of this motion, and will further discourage the use of secret law, of which few know the application, jurisdiction, and persons of whom the regulations are sought to effect. [T]his Court is requested to take <u>Judicial Notice</u> of all adjudicative facts herein this motion to Compel.

In consulting the parallel table of authorities and rules, CFR Index, we find:

    21 U.S.C. § 841    Prohibited acts A.
                                 No implementing regulations.

    21 U.S.C. § 846    Attempt and Conspiracy.
                                 No implementing regulations.

I have the honor to remain,
        Sincere,

        *Corey Lorenzo Woodfolk* (signature)
        Corey Lorenzo Woodfolk
        c/o Post Office Box [1000],
        Lewisburg; near [17837], Pennsylvania

Dated this 2nd day of February, Anno domini 2001.

Certified Mail No. 7099 3220 0007 0779 7056

Corey Lorenzo Woodfolk
c/o Post Office Box [1000],
Lewisburg; near [17837],
Pennsylvania

**To:** Clerk for the district court of the United States for the
Middle district of Pennsylvania
United States Courthouse
228 Walnut Street
Post Office Box [983],
Harrisburg; near [17108],
Pennsylvania

**Re:** "Notice" of filing of Motions;

Dear Clerk,

please find enclosed, (two) Motions for adjudication in relation to companion Writ of Habeas Corpus [101-CV-194], caption bearing, Corey Lorenzo Woodfolk, (Petitioner), versus UNITED STATES OF AMERICA; (1) Motion to Compel Respondent to Produce Promulgation for 84 Stat. 1260 and 84 Stat. 1265, codified at 21 U.S.C. §§ 841(a), 846; (2) Motion to Convene an Article III, district court.

This <u>Notice</u> is by Special Visitation, and judicial notice is requested.

I have the honor to remain,
    Sincere,

    *Corey Lorenzo Woodfolk*
    Corey Lorenzo Woodfolk
    c/o Post Office Box [1000],
    Harrisburg; near [17837],
    Pennsylvania

Dated this 2nd day of February, Anno domini 2001.