ORIGINAL

district court of the United States
**for the Middle district of Pennsylvania**

Corey Lorenzo Woodfolk,                      Case No. [1:01-cv-00194]
natural person third party
        Petitioner                           Motion to Charge Court with
v.                                           Superior Knowledge
UNITED STATES OF AMERICA                     Judicial Notice is Requested.
        Respondent

FILED
HARRISBURG
FEB 20 2001
MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK

    I, Corey Lorenzo Woodfolk, hereinafter (Petitioner), by Special Visitation, moves this Honorable district court of the United States, by Charge with Superior Knowledge, of all material facts and pleadings of Law, therein Petitioner's Writ of Habeas Corpus Petition, Clarification to Warrant Issuance of Writ, and all Affidavits and corresponding motions thereto. This charge of superior knowledge is to insure good faith and a fair and impartial adjudication of all pleadings as therein prayed. This Honorable Court is charged with the Superior Knowledge of Statutes, and the fiduciary duty as officers of the Court, to uphold the Laws which have been made in pursuance of and under the <u>authority</u> of the United States (c. March 4, Anno domini 1789). The Court is put on <u>Notice</u>, that an expression of opinion may constitute actionable fraud. A statement of a man's opinion, estimate or prediction is a representation of his state of mind and, like his intent, is "as much a fact as the state of digestion." 341 F.2d 725, 729 (2d Cir. 1965). Where one party has superior knowledge, the expression of an opinion implies that the declarant knows facts which support that

opinion and that he knows nothing which contradicts the statement. 428 F. Supp. 1039 (c. 1977), at 1042, 1043. Also see, 26 L.Ed 1166.

The Court is requested to take <u>judicial notice</u> of all adjudicative facts herein this motion.

Respectfully, this Honorable Court, is so charged.

I have the honor to remain,
        Sincere,

*Corey Lorenzo Woodfolk*
Corey Lorenzo Woodfolk
c/o Post Office Box [1000],
Lewisburg; near [17837], Pennsylvania

Dated this *14th* day of *February*, Anno domini 2001.

## Certificate Of Service

I, Corey Lorenzo Woodfolk, hereby affirm, that the foregoing document, i.e., Motion to Charge the Court with Superior Knowledge, was served upon the below named; pen in hand Signature:

>District Court of the United States
>for the Middle district of Pennsylvania
>United States Courthouse
>228 Walnut Street
>Post Office Box [983],
>Harrisburg; near [17108],
>Pennsylvania

by placing same into the mail receptacle at [USP] Lewisburg, Pennsylvania, (certified return receipt for merchandise, article number: 7099 3220 0008 0488 4031), on this 14th day of February, Anno domini 2001.

I have the honor to remain,

>Sincere,
>
>*Corey Lorenzo Woodfolk*
>Corey Lorenzo Woodfolk
>c/o Post Office Box [1000],
>Lewisburg; near [17837],
>Pennsylvania