*See Attachment*

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **COREY LORENZO WOODFOLK**<br>Petitioner | : CIVIL ACTION NO. 1:CV-01-0194<br>: |
| v. | : (Judge Kane)<br>: |
| **UNITED STATES OF AMERICA**<br>Respondent | :<br>: |

**FILED**
HARRISBURG, PA

APR 3 0 2001

MARY E. D'ANDREA, C
Per _____
Deputy Clerk

## ORDER

Before the Court are Petitioner's Petition for Writ of Habeas Corpus, the Magistrate Judge's Report and Recommendation, and Petitioner's Objections to the Report and Recommendation. Upon independent de novo review of the entire record and the applicable law, the Court accepts and hereby adopts the findings and recommendation of the Magistrate Judge and overrules Petitioner's objections thereto. **AND NOW**, for the reasons fully stated in Magistrate Judge Smyser's Report and Recommendation filed February 8, 2001, **IT IS ORDERED THAT:**

1. Petitioner's Writ of Habeas Corpus is **DISMISSED**.

2. Petitioner's documents, titled "Clarification to Warrant Issuance of Writ" and "Motion to Charge Court with Superior Knowledge," construed by this Court to be objections to the Report and Recommendation, are **DENIED**.

3. Petitioner's motions (docs. 2, 3, 4, & 5) are **DENIED**.

4. The Clerk of Court shall close the file.

_____
Yvette Kane
United States District Judge

Dated: April 20, 2001

Certified from the record
Date 5-1-01
Mary E. D'Andrea, Clerk
Per _____
Deputy Clerk

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

May 1, 2001

Re:  1:01-cv-00194    Woodfolk v. United States of Ame

True and correct copies of the attached were mailed by the clerk to the following:

Corey Lorenzo Woodfolk
USP-Lewisburg*
P.O. Box 1000
Lewisburg, PA  17837

```
 C:
  udge                    (✓)              ( ) Pro Se Law Clerk
  agistrate Judge         ( )              ( ) INS
  .S. Marshal             ( )              ( ) Jury Clerk
  robation                ( )
  S. Attorney             ( )
  ty. for Deft.           ( )
  fendant                 ( )
  rden                    ( )
  reau of Prisons         ( )
   Reporter               ( )
   oom Deputy             ( )
   g-Security             (✓)
  eral Public Defender    ( )
  nons Issued             ( )  with N/C attached to complt. and served by:
                               U.S. Marshal ( )    Pltf's Attorney ( )
   dard Order 93-5        ( )
   r to Show Cause        ( )  with Petition attached & mailed certified mail
                               to:  US Atty Gen ( )    PA Atty Gen ( )
                                    DA of County ( )   Respondents ( )
   uptcy Court            ( )
  _____  ( )
```

MARY E. D'ANDREA, Clerk

: __4-30-01__                                   BY: _____
                                                    Deputy Clerk